Eastern District of Kentucky
**FILED**

JUL 1 3 2023

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 2:23-CR-00033-DLB-CJS

DAVID BRADFORD,
DOMINIC ANDERSON, and
RAYMOND ANDERSON

\* \* \* \* \*

THE GRAND JURY CHARGES:

## COUNT 1
## 21 U.S.C. § 846

From on or about June 5, 2023, and continuing through on or about June 8, 2023, in Kenton County, in the Eastern District of Kentucky, and elsewhere,

**DAVID BRADFORD,
DOMINIC ANDERSON, and
RAYMOND ANDERSON**

conspired together and with others to knowingly and intentionally possess with intent to distribute controlled substances, including 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, a violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
## 21 U.S.C. § 846

On or about June 7, 2023, and continuing through on or about June 8, 2023, in

Kenton County, in the Eastern District of Kentucky, and elsewhere,

**DAVID BRADFORD, and**
**DOMINIC ANDERSON**

attempted to knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, a violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

**A TRUE BILL**

_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1 & 2:** Not less than 10 years and not more than life imprisonment, a $10,000,000 fine, and at least 5 years of supervised release.

**If a prior serious drug felony or serious violent felony:** not less than 15 years and not more than life imprisonment, a $20,000,000 fine, and at least 10 years of supervised release.

**If two prior serious drug felonies or serious violent felonies:** not less than 25 years and not more than life imprisonment, a $20,000,000 fine, and at least 10 years of supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.