**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL ACTION NO. 23-CR-33-DLB-EBA-3**
**CIVIL ACTION NO. 25-CV-34-DLB-EBA**

**UNITED STATES OF AMERICA**                                  **PLAINTIFF**

v.          **ORDER ADOPTING REPORT AND RECOMMENDATION**

**RAYMOND ANDERSON**                                       **DEFENDANT**

* * * * * * * * * * * * * * *

This matter is before the Court upon the December 17, 2025 Report and Recommendation of United States Magistrate Judge Edward B. Atkins (Doc. # 92), wherein he recommends the Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 87) be denied. (Doc. # 92).

No objections having been filed, and the time to do so having now expired, the Report and Recommendation is ripe for the Court's consideration. The Court having reviewed the same, concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. # 92) is hereby **ADOPTED** as the Opinion of the Court;

(2) Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 87) is hereby **DENIED**;

(3) This matter is **DISMISSED with prejudice** and **STRICKEN** from the Court's active docket;

(4) For the reasons set forth in the Magistrate Judge's Recommended Disposition (Doc. # 92), the Court determines there would be no arguable merit for an appeal in this matter and, therefore, **A CERTIFICATE OF APPEALABILITY SHALL NOT ISSUE**; and

(5) A Judgment shall be entered contemporaneously herewith.

This 26th day of February, 2026.



Signed By:
David L. Bunning
Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Covington Criminal\2023\23-33-3 Order Adopting R&R re 2255.docx